# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MOHAMAD ABULHAKIM ALHULAIBI,<br>Appellant,<br>vs.<br>AHED SAID SENJAB,<br>Respondent. | No. 82114 |
| MOHAMAD ABULHAKIM ALHULAIBI,<br>Appellant,<br>vs.<br>AHED SAID SENJAB,<br>Respondent. | No. 82121 |

FILED

JAN 0 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are appeals from several postjudgment orders involving relocation and modification of custody of the minor child. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

As appellant describes them, these appeals are from proceedings seeking a "return order" to Saudi Arabia for the minor child, and a warrant for the pickup of the minor child. The district court denied both motions without considering the substantive merits on the ground that because it had dismissed the entire divorce case for lack of jurisdiction, it had no jurisdiction to entertain any such requests for relief. Pursuant to appellant's request, this court suspended the proceedings in these appeals pending the court's disposition in Docket No. 81515. On October 21, 2021, this court issued an opinion holding that the district court has subject matter jurisdiction over the underlying litigation and reversing and remanding to the district court for further proceedings. *Senjab v. Alhulaibi*, 137 Nev. Adv. Op. 64, ___ P.3d ___ (2021). In the parties' second joint status report, the parties confirm that the district court has set briefing and

22-00640

hearing schedules to address the issues raised in these appeals. Further, the parties submit that these appeals should be dismissed. As it appears that the orders appealed from are not the district court's final dispositions on the issues, these appeals are premature. NRAP 3A. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:   Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Markman Law
Legal Aid Center of Southern Nevada, Inc.
Willick Law Group
Eighth District Court Clerk